```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/24/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

WESLY BERG,

                              Plaintiff,

                -against-

RONDINDONE STUDIO LLC and UGO
RONDINDONE,

                              Defendants.

----------------------------------------------------------------X

20-CV-4164 (PGG) (SN)

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of this matter having been reassigned to Magistrate Judge Sarah Netburn, the Initial Case Management Conference previously scheduled for **July 27, 2020** is hereby adjourned *sine die*.

        **SO ORDERED.**

DATED:      New York, New York
                June 24, 2020

_____
KATHARINE H. PARKER
United States Magistrate Judge