UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WESLEY BERG,

                               **Plaintiff,**

              -against-

RONDINONE STUDIO, LLC, et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 7/27/2020

20-CV-4164 (PGG)(SN)

**CIVIL CASE MANAGEMENT PLAN & SCHEDULING ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On July 27, 2020, the parties appeared for an Initial Pretrial Conference. After review of the parties' joint submission, the following scheduling order is entered pursuant to Rule 16 of the Federal Rules of Civil Procedure:

**Discovery**. All fact discovery shall be completed by Monday, February 15, 2021. Disclosure of expert evidence as required by Rule 26(a)(2)(A), (B) or (C), including the identities and reports of experts, if any, shall be made by Monday, March 1, 2021. The disclosure of expert evidence intended by a party solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made by Monday, March 22, 2021. All expert discovery shall be completed by Friday, April 30, 2021. Should the parties elect not to offer expert testimony, all discovery will close February 15, 2021.

**Status Letter**. A joint letter informing the Court about the status of discovery shall be filed with the Court by Friday, October 2, 2020. The letter should address any outstanding discovery disputes.

**Settlement Conference**. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. Accordingly, the parties are encouraged to contact Courtroom Deputy Rachel Slusher with both parties on the line, at (212) 805-0286, to schedule a settlement conference for a time when they believe it would be productive.

**Summary Judgment Motion**. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul G. Gardephe by Wednesday, May 19, 2021. If no party offers expert testimony, this date will be accelerated to March 1, 2021.

**Trial**. The parties request a jury trial.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 24.

**SO ORDERED.**


DATED:	July 27, 2020
	New York, New York